

NUMBER 13-14-00394-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ARTURO MILITON RODRIGUEZ,                                    Appellant,

v.

THE STATE OF TEXAS,                                          Appellee.

On appeal from the 24th District Court
of Victoria County, Texas.

# MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Garza and Longoria
Memorandum Opinion Per Curiam

Counsel for appellant filed a motion to dismiss his appeal.   In a signed attachment, appellant states that he wishes to dismiss his appeal.   We find the motion and attachment together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that appellant and his attorney must sign a written motion to dismiss the appeal.   *See* TEX. R. APP. P. 42.2(a).   Without passing on the merits of the case, we grant the motion

to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
4th day of December, 2014.